UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-267-KJD-GWF |
| Plaintiff, | |
| v. | ORDER |
| DORIAN MCRAE, | |
| Defendant. | |

Before the Court is a pro se motion filed by Ted McRae, Defendant's father, seeking an audience with the Court (#32). The purpose of Ted McRae's motion is "to express . . . concern" for Defendant. Such an audience would be improper and the motion is **HEREBY DENIED**. However, if Ted McRae would like to express his concern for his son, he may submit a letter to Defendant's legal counsel, who will then determine what should be done with the letter. Such letters are typically submitted in the sentencing phase.

DATED this 18th day of December 2014.

_____
Kent J. Dawson
United States District Judge