UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DORIAN MCRAE,<br><br>　　　　Defendant. | 2:14-cr-267-KJD-GWF |

**ORDER**

　　Based on the pending Stipulation of counsel, and good cause appearing,

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, May 27, 2015, be vacated and continued to 6/10/2015 at the hour of  9:00   a .m.

　　DATED this  6th  day of April, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3